**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00477-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TERRY J. HARVEY,

        Defendant.

**TERMINATION OF SUPERVISED RELEASE**

     This matter was before the Court for a supervised release violation hearing held on March 22, 2013.  With agreement from all parties, the government withdrew the Amended Violation Petition.  Accordingly, it is

     ORDERED that the defendant's term of supervised release is terminated forthwith.

     DATED at Denver, Colorado, this 25th day of March, 2013.

                            **BY THE COURT:**

                            /s/ Robert E. Blackburn
                            Robert E. Blackburn
                            United States District Judge